# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

## CASE NO.   H-16-527

UNITED STATES OF AMERICA

v.

MARK DANIEL ADAIR

Page  1   of  6   Pages

§
§
§
§
§
§
§
§
§
§

Court: JUDGE KEITH P. ELLISON

Proceeding:  Trial

Date:  August 23, 2018

Amended
Exhibit List of the United States

Attorneys: Kimberly Ann Leo
&
Sherri Zack

| Ex. no. | Description | Marked | Offered | Object | Admitted | Not Admitted |
|---|---|---|---|---|---|---|
| 1 | uTorrent Screen Shots | | | | | |
| 1A | uTorrent Website | | | | | |
| 1B | uTorrent Installation | | | | | |
| 1C | uTorrent Post Installation Screen | | | | | |
| 1D | uTorrent Preferences | | | | | |
| 1E | uTorrent Torrent Status | | | | | |
| 2 | Ares Screen Shots | | | | | |
| 2A | Ares Website | | | | | |
| 2B | Ares Installation | | | | | |
| 2C | Ares Post Installation Screen | | | | | |
| 2D | Ares Library Tab | | | | | |
| 2E | Ares Screen Tab | | | | | |
| 2F | Ares Search Tab | | | | | |
| 2G | Ares Transfer Tab | | | | | |

| Ex. no. | Description | Marked | Offered | Object | Admitted | Not Admitted |
|---------|-------------|--------|---------|--------|----------|--------------|
| 2H | Ares Chat Tab | | | | | |
| 2I | Ares Control Panel Tab | | | | | |
| 3 | Downloads from December 16, 2015 | | | | | |
| 3A | "LolsOnly Polina 001" | | | | | |
| 3B | "LolsOnly Polina 008" | | | | | |
| 3C | "LolsOnly Polina 032" | | | | | |
| 4 | Files of Interest | | | | | |
| 5 | Geo IP2 | | | | | |
| 6A | Comcast Return | | | | | |
| 6B | Business Record Affidavit | | | | | |
| 7 | Search Warrant | | | | | |
| 8 | Sketch | | | | | |
| 9 | Search Warrant Photos | | | | | |
| 9A | Front Door | | | | | |
| 9B | Hallway | | | | | |
| 9C | Kitchen | | | | | |
| 9D | Kitchen (view from back door) | | | | | |
| 9E | IDS Thumb Drive on Counter | | | | | |
| 9F | Living Room (pre search) | | | | | |
| 9G | Living Room (post search) | | | | | |
| 9H | Lenovo Laptop | | | | | |
| 9I | Living Room into hallway | | | | | |
| 9J | Table in Living Room | | | | | |
| 9K | Toshiba Laptop | | | | | |
| 9L | Lexar 3.0 Thumb Drive | | | | | |
| 9M | Phoenix Thumb Drive | | | | | |
| 9N | Lexar 128 G Thumb Drive | | | | | |
| 10 | Lenovo Think Pad | | | | | |
| 10A | Photo of Lenovo Think Pad | | | | | |

| Ex. no. | Description | Marked | Offered | Object | Admitted | Not Admitted |
|---------|-------------|--------|---------|--------|----------|--------------|
| 10B | Photo of back of Lenovo Think Pad | | | | | |
| 10C | Photo of Hard Drive contained in the Lenovo Think Pad | | | | | |
| 11 | Toshiba Laptop | | | | | |
| 11A | Photo of Toshiba Laptop | | | | | |
| 11B | Photo of back of Toshiba Laptop | | | | | |
| 11C | Photo of Hard Drives contained in the Toshiba Laptop | | | | | |
| 12 | Phoenix Thumb Drive | | | | | |
| 12A | Photo of Phoenix Thumb Drive | | | | | |
| 12B | Photo of back of Phoenix Thumb Drive | | | | | |
| 13 | Lexar 3.0 Thumb Drive | | | | | |
| 13A | Photo of Lexar 3.0 Thumb Drive | | | | | |
| 13B | Photo of back of Lexar 3.0 Thumb Drive | | | | | |
| 14 | IDS Thumb Drive | | | | | |
| 14A | Photo of IDS Thumb Drive | | | | | |
| 14B | Photo of back of IDS Thumb Drive | | | | | |
| 15 | Lexar 128 G Thumb Drive | | | | | |
| 15A | Photo of Lexar 128 G Thumb Drive | | | | | |
| 15B | Photo of back of Lexar 128 G Thumb Drive | | | | | |
| 16 | Onsite Preview | | | | | |
| 17 | Receipt for Property | | | | | |

| Ex. no. | Description | Marked | Offered | Object | Admitted | Not Admitted |
|---|---|---|---|---|---|---|
| 18 | Forensic Report | | | | | |
| 19 | Hard Drive Containing Child Pornography | | | | | |
| 20 | Videos of Child Pornography | | | | | |
| 20A | "!Tara 8 a to m 2007 (2)(2)" (Tara Series) | | | | | |
| 20B | "!8" (CBaby and Jenny Series) | | | | | |
| 20C | "!new vicky pthc dark studio]22.3gp" (Vicky Series) | | | | | |
| 20D | "(Hussyfan Pthc R_Ygold Babyshivid) Mandy 8Yo" (Sisters Series) | | | | | |
| 20E | "(Kleuterkutje)Pedoland- New (Pthc) Mar2Bv01" (Jan_Feb Series) | | | | | |
| 21 | Images of Child Pornography | | | | | |
| 21A | "dc232" (Tara Series) | | | | | |
| 21B | "pictures from ranchi torpedo dloaded in 2009…" (Ali Series) | | | | | |
| 21C | "pictures from ranchi torpedo dloaded in 2009…" (Jacob & Katie Series) | | | | | |
| 21D | "pictures from ranchi torpedo dloaded in 2009…" (Angeli Series) | | | | | |
| 22 | .LNK files | | | | | |
| 23 | IV_Supplement_Adair.pdf | | | | | |
| 24 | Videos from .LNK files | | | | | |
| 24A | "(pthc) 12Yo Sawadie_part2" | | | | | |
| 24B | "(pthc)sucknew(awesome cumshot)" | | | | | |

| Ex. no. | Description | Marked | Offered | Object | Admitted | Not Admitted |
|---------|-------------|--------|---------|--------|----------|--------------|
| 24C | "(pthc-jho-lolifuck) 6 you girl gets…" | | | | | |
| 25A | Photo of Laptop Screen | | | | | |
| 25B | Photo of Laptop Screen (close-up) | | | | | |
| 26 | uTorrent 3.4.5 Screen Shots | | | | | |
| 26A | uTorrent 3.4.5 Build 41628 | | | | | |
| 26B | uTorrent 3.4.5 on Toshiba Laptop | | | | | |
| 26C | uTorrent Installation | | | | | |
| 26D | uTorrent Post Installation Screen | | | | | |
| 26E | uTorrent Preferences | | | | | |
| 26F | uTorrent Torrent Status | | | | | |
| 27 | Ares Screen Shot | | | | | |
| 27A | Ares Website | | | | | |
| 27B | Log file from Torrential Downpour Receptor | | | | | |
| 27C | Ares Installation | | | | | |
| 27D | Ares Post Installation Screen | | | | | |
| 27E | Ares Library Tab | | | | | |
| 27F | Ares Screen Tab | | | | | |
| 27G | Ares Search Tab | | | | | |
| 27H | Ares Transfer Tab | | | | | |
| 27I | Ares Chat Tab | | | | | |
| 27J | Ares Control Panel Tab | | | | | |
| 28 | Lexar 128 File Listing | | | | | |
| 29 | File Listing for "(pthc) 12Yo Sawadie_part2" | | | | | |
| 30 | File Listing for "(pthc)sucknew(awesome cumshot)" | | | | | |

| Ex. no. | Description | Marked | Offered | Object | Admitted | Not Admitted |
|---|---|---|---|---|---|---|
| 31 | File Listing for "(pthc-jho-lolifuck) 6 you girl gets…" | | | | | |
| 32 | Search Warrant Photo of Kitchen- Exit View | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |