• AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

Southern _____ DISTRICT OF _____ Texas

United States of America

v.

Mark Daniel Adair

**EXHIBIT AND WITNESS LIST**

Case Number: 4:16-CR-527

| PRESIDING JUDGE<br>Honorable Keith P. Ellison | PLAINTIFF'S ATTORNEY<br>Kimberly Ann Leo | DEFENDANT'S ATTORNEY<br>Neal Davis |
|---|---|---|
| TRIAL DATE (S)<br>August 23, 2018 | COURT REPORTER | COURTROOM DEPUTY |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
|  | 1 |  |  | ✓ | Sketch of Mark Adair's House with rooms labeled |
|  | 2 |  |  | ✓ | Search Warrant Photos - Front Door |
|  | 3 |  |  | ✓ | Search Warrant Photos - Back Door |
|  | 4 |  |  | ✓ | Search Warrant Photos - Shelf |
|  | 5 |  |  | ✓ | Search Warrant Photos - Phone |
|  | 6 |  |  | ✓ | Search Warrant Photos - Garage |
|  | 7 |  |  | ✓ | Search Warrant Photos - Computer |
|  | 8 |  |  | ✓ | Search Warrant Photos - Living Room |
|  | 9 |  |  | ✓ | Search Warrant Photos - Phone |
|  | 10 |  |  | ✓ | Search Warrant Photos - Closet |
|  | 11 |  |  | ✓ | Search Warrant Photos - Bedroom |
|  | 12 |  |  | ✓ | Search Warrant Photos - Bedroom/Office |
|  | 13 |  |  | ✓ | Search Warrant Photos - Bedroom |
|  | 14 |  |  | ✓ | Search Warrant Photos - Closet |
|  | 15 |  |  | ✓ | Search Warrant Photos - Kitchen |
|  | 16 |  |  | ✓ | Search Warrant Photos - Living Room |
|  | 17 |  |  | ✓ | Search Warrant Photos - Flash Drive |
|  | 18 |  |  | ✓ | Search Warrant Photos - Bedroom |
|  | 19 |  |  | ✓ | Keiser report |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of __1__ Pages