

**U.S. Department of Justice**

Federal Bureau of Prisons

*Federal Detention Center*

P.O. Box 526245
Houston, TX 77052-6245

September 18, 2018

The Honorable Stephen Wm. Smith
United States Magistrate Judge
Southern District of Texas
United States District Courthouse
515 Rusk Avenue, Room 7720
Houston, Texas 77002

RE:  ADAIR, Mark D.
     Reg. No. 14694-479
     Docket Number: 4:16-CR-00527-1

Dear Judge Smith:

I am writing to inform you of the death of Mark D. Adair, an inmate confined at the Federal Detention Center in Houston, Texas. On September 18, 2018, at approximately 1:00 a.m., staff at the Federal Detention Center (FDC) in Houston, Texas, discovered inmate Mark Adair unresponsive in his cell. Staff immediately began life saving measures and called emergency medical services for assistance. Mr. Adair was transported to a local hospital for continued treatment and was subsequently pronounced dead by hospital staff.

Mr. Adair arrived at the Federal Detention Center on October 21, 2016, and was classified as a Pretrial inmate.

Mr. Adair was convicted in your court on August 27, 2018, and was scheduled for sentencing on November 14, 2018, for Distribution of Child Pornography, Receipt of Child Pornography, and Possession of Child Pornography.

Preliminary reports indicate the cause of death to be suicide; however, the Coroner's Report and Death Certificate are pending at this time.

Should you require further information, please contact me at (713) 221-5400, ext. 2000.

Sincerely,

W. Smith
Warden

cc:  J. F. Caraway, Regional Director, South Central Region
     Ryan K. Patrick, United States Attorney, Southern District of Texas
     Luis Lopez, United States Probation Office, Southern District of Texas