United States District Court
Southern District of Texas
**ENTERED**
December 03, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| vs. | § § § | CR. NO. 16-cr-527 |
| MARK DANIEL ADAIR | § | |

## ORDER

The Court ORDERS that all charges against Defendant Mark Daniel Adair are dismissed because he is deceased.

Keith R. Ellison
United States District Judge